KATE HARRISON EBERT v. C. C. DISHER.

(Filed 29 November, 1939.)

**Appeal and Error § 50—**

In this case the judgment appealed from having been modified and affirmed, it is ordered that the costs be equally divided between plaintiff and defendant. C. S., 1256.

Petition by plaintiff Kate Harrison Ebert to rehear this case, reported *ante*, 36.

*Ingle, Rucker & Ingle for petitioner.*
*Hastings & Booe and Peyton B. Abbott, contra.*

Per Curiam. The judgment of the Superior Court from which petitioner appealed was by this Court modified and affirmed. Petitioner asks, among other things, that the costs be not taxed against her. In this respect the petition is allowed, and the costs will be equally divided between plaintiff and defendant. C. S., 1256; *Hawkins v. Cedar Works,* 122 N. C., 87, 30 S. E., 13.

Petition allowed in part.